# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED MAY 10 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSMAN ALEXANDER CHANONA,<br><br>    Defendant. | CASE NO. 17-cr-00678-JAH-1<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the motion of the defendant for dismissal with prejudice,

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Indictment:

21: 952, 960 - Importation of Methamphetamine.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/08/2017

John A. Houston
U.S. District Judge